IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL ANDREWS, ET AL

CRIMINAL NO. 3:15 CR2 CWR-LRA

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 07 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

## MOTION AND ORDER TO SEAL

The United States of America requests that the Indictment herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendant[s]. Revealing the existence of the Indictment prior to the arrest of the Defendant[s] would jeopardize law enforcement agents and greatly impede the apprehension of the Defendant[s]. However, the government requests that the U.S. Marshal Service and/or the United States Attorney's Office be allowed to make copies of the indictment, warrant, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the arrest and detention of the defendant[s].

WHEREFORE, the United States requests that the Court SEAL the Indictment and Return, and this Motion and Order, pending the arrest of the Defendant[s] and that copies be distributed to law enforcement agencies as needed to facilitate the arrest and detention for the defendant[s].

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By: _____
JERRY L. RUSHING
Assistant United States Attorney
MS Bar # 5731

IT IS HEREBY ORDERED that the Indictment and Return herein be sealed, as well as this Motion and Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshal Service and/or the United States Attorney's Office shall make copies of the indictment, warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same.

ORDERED this __7th__ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE