IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 07 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:15cr2 CWR-LRA

MICHAEL ANDREWS and                             21 U.S.C. § 846
JOHN T. STREETER, III                           21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

Beginning at a date unknown but as early as March 2014, and continuing through the date of this indictment, in Hinds and Copiah Counties and elsewhere, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **MICHAEL ANDREWS and JOHN T. STREETER, III**, knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally distribute actual Methamphetamine, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

**QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY**

With respect to **MICHAEL ANDREWS**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **JOHN T. STREETER, III**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of actual Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2

On or about August 5, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **MICHAEL ANDREWS and JOHN T. STREETER, III**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of actual Methamphetamine, a Schedule II controlled substance.

All in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## COUNT 3

On or about March 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **MICHAEL ANDREWS and JOHN T. STREETER, III**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual Methamphetamine, a Schedule II controlled substance.

All in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **MICHAEL ANDREWS and JOHN T. STREETER, III**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited

to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

/s/ GREGORY K. DAVIS
United States Attorney

A TRUE BILL.:

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 7th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE