IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS                                          CRIMINAL ACTION NO. 3:15cr2CWR-LRA

MICHAEL ANDREWS and                                                  DEFENDANTS
JOHN T. STREETER, III

## BILL OF PARTICULARS SPECIFYING PROPERTY TO BE FORFEITED

The United States, by and through its United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

This indictment seeks forfeiture of property pursuant to Section 853, Title 21, United States Code. The United States hereby gives notice that, in addition to any property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

1. $1,932.00 United States Currency;

2. Anne Geddes Gift Card; Account Number 4847353318130319;

3. Vanilla Prepaid Visa Card; Account Number 4941592226815355;

4. Vanilla Prepaid Visa Card; Account Number 4941592222901050;

5. Vanilla Prepaid Visa Card; Account Number 4941593703317006;

6. Vanilla Gift Card; Account Number 4847353167186503;

7. Vanilla Prepaid Visa Card; Account Number 4941597493715824;

8. Vanilla Prepaid Visa Card; Account Number 4941592266841840;

9. Vanilla Gift Card; Account Number 4847358609963880;

10. Vanilla Gift Card; Account Number 4847354757731013; and

11. Vanilla Gift Card; Account Number 4847356837520225.

RESPECTFULLY SUBMITTED, this the 21st day of April, 2015.

                                            GREGORY K. DAVIS
                                            United States Attorney

             By:    /s/ Jerry L. Rushing
                      JERRY L. RUSHING
                      Assistant United States Attorney
                      Mississippi Bar No. 5731
                      501 E. Court Street, Suite 4.430
                      Jackson, MS  39201
                      (601) 965-4480 Telephone
                      (601) 965-4409 Facsimile
                      Jerry.Rushing@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the appropriate counsel in this case.

THIS the 21st day of April, 2015.

/s/ Jerry L. Rushing
JERRY L. RUSHING
Assistant United States Attorney