**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                       **CRIMINAL NO: 3:15-cr-2-CWR-LRA**

**MICHAEL ANDREWS and**
**JOHN T. STREETER, III**

## MOTION TO WITHDRAW

COMES NOW your movant, John M. Colette, Esq., and files this, his Motion to Withdraw from any/all further representation of the defendant, hearing and as grounds in support would respectfully slow into this Honorable Court the following, to-wit:

1.

Undersigned agreed to accept the above styled and referenced cause pursuant to the C.J.A. appointment program.

2.

Shortly thereafter, unbeknownst to undersigned, attorney Rhonda Cooper filed an entry of appearance and requested all discovery which we provided.

3.

After meeting with the defendant and the attorney for the government a plea proposal was worked out with the charge and plea by set for today at 10:00 A.M. However, at approx. 8:30 A.M. undersigned, received Motion to Continue, that been filed by Attorney Cooper without a call, notice or any consultation with undersigned.

4.

In addition, undersigned submits that neither the defendant nor his family called undersigned about this long-standing alleged medical issue and/or any need for a continuance.

WHEREFORE, PREMISES CONSIDERED, your Movant, John M. Colette, Esq. respectfully request that this his Motion to Withdraw be received and considered by this Honorable Court and after some an Order issue allowing him to withdraw from any/all further representation.

BY: /s/ John M. Colette<br>
John M. Colette,<br>
Attorney for John Street, III

**JOHN M. COLETTE, MSB# 6376**
JOHN M. COLETTE & ASSOCIATES
190 E. CAPITOL STREET
SUITE 475
JACKSON, MS  39201
PHONE: (601) 355-6277
FAX: (601) 355-6283
E-MAIL: ColetteLawMS@gmail.com

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic filing system on all parties.

This the 24th day of June, 2015.

/s/ John M. Colette<br>
John M. Colette